**UNITED STATES DISTRICT COURT**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**


**GREG STEVENS**                                        **CIVIL ACTION NO. 19-0821**

                                                        **SECTION P**

**VS.**

                                                        **JUDGE TERRY A. DOUGHTY**


**WILL BARHAM, ET AL.**                                 **MAG. JUDGE KAREN L. HAYES**


## <u>JUDGMENT</u>

The Report and Recommendation of the Magistrate Judge having been considered,

together with the written objections thereto filed with this Court, and, after a *de novo* review of

the record, finding that the Magistrate Judge's Report and Recommendation is correct and that

judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Greg Stevens' claims

against the Fifth Judicial District, District Attorney's Office are **DISMISSED WITH**

**PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims

against Assistant District Attorney Will Barham are **DISMISSED WITH PREJUDICE** as

frivolous, for failing to state claims on which relief may be granted, and for seeking monetary

relief against a defendant immune from such relief.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request

to dismiss his charges is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to pursue

habeas corpus relief after he exhausts all available state court remedies.

MONROE, LOUISIANA, this 30th day of September, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE